**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

H. Hughes Andrews, Petitioner,

v.

Quentin S. Broom, Jr., Respondent.

Appellate Case No. 2022-000285

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Spartanburg County
J. Mark Hayes II, Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-001
Heard December 12, 2023 – Filed January 17, 2024

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Rodney F. Pillsbury, of Pillsbury Law Firm, LLC, of Greenville, for Petitioner.

Matthew Terry Richardson, of Wyche, PA; Whitney Boykin Harrison, of McGowan, Hood & Felder, both of Columbia; and James Edward Cox Jr., of Wyche, PA, of Greenville, all for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Andrews v. Broom*, Op. No. 2022-UP-022 (S.C. Ct. App. filed Feb. 9, 2022).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**